| | |
|---|---|
| 1<br>2<br>3<br>4 | **ROBINSON, CALCAGNIE & ROBINSON**<br>620 Newport Center Drive, Suite 700<br>Newport Beach, California 92660<br>Telephone: (949) 720-1288<br>Facsimile: (949) 720-1292 |
| 5 | Attorneys for Plaintiffs, Roger Zettle and Judith Zettle |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION | CASE NO. C06- 3642 (CRB)<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| ROGER ZETTLE and JUDITH ZETTLE,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, **ROGER ZETTLE and JUDITH ZETTLE** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1

41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009    ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Roger Zettle and Judith Zettle

DATED: Oct. 22, 2009    DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-